1  Sengthiene Bosavanh, Esq. #249801
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4
   Attorney for Plaintiff
5

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| YVONNE DURAN | ) | 1:07-CV-0756 AWI TAG |
| Plaintiff, | ) | STIPULATION AND ORDER |
| vs. | ) | |
| Commissioner of Social Security, | ) | |
| Defendant. | ) | |

   IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 30 day extension of time, until January 25, 2008, in which to serve Plaintiff's Confidential brief.  All remaining actions under the scheduling order filed June 6, 2007, shall proceed under the time limit guidelines set therein.

/ /
/ /
/ /
/ /

1

| | |
|---|---|
| Dated:  December 22, 2007 | /s/ Sengthiene Bosavanh |
| | SENGTHIENE BOSAVANH, ESQ.<br>Attorney for Plaintiff. |
| Dated: December 27, 2007 | MCGREGOR SCOTT<br>United States Attorney |
| | By: /s/ Gina Shin<br>(as authorized via facsimile/e-mail)<br>GINA SHIN<br>Assistant Regional Counsel |

IT IS SO ORDERED.

| | |
|---|---|
| Dated:  **January 2, 2008** | **/s/ Theresa A. Goldner**<br>UNITED STATES MAGISTRATE JUDGE |

2