IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE DURAN,<br><br>        Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant.<br>_____/ | Case No. 1:07-cv-00756 AWI TAG<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FILE OPENING BRIEF |

      Plaintiff Yvonne Duran ("Plaintiff"), represented by counsel, seeks judicial review of an administrative decision denying Plaintiff's claim for benefits under the Social Security Act.

      This Court issued its June 6, 2007 Scheduling Order to require Plaintiff to serve on Defendant Michael J. Astrue ("Defendant") a letter brief within 30 days of service of the administrative record. Defendant's responsive letter brief must be served within 35 days, after which Plaintiff has 30 days within which to file an opening brief. The Scheduling Order explains to plaintiff that "[v]iolations of this order or of the federal or local rues of procedure may result in sanctions pursuant to Local Rule 11-110." (Doc. 6).

      On November 26, 2007, Defendant filed its notice of lodging of the administrative record to initiate the briefing. (Doc. 13). On January 2, 2008, the Court granted Plaintiff an extension of time – until January 25, 2008 – to serve her letter brief on Defendant. (Doc. 19). According to the Scheduling Order, Plaintiff had to file her opening brief in 35 + 30 days, or 65 days, from January 25, 2008. (Doc. 6). The Court calculates March 30, 2008, as the deadline to file and serve Plaintiff's opening brief. Plaintiff has not filed an opening brief. Plaintiff has not complied with the

Scheduling Order.

Accordingly, this Court ORDERS Plaintiff, no later than June 6, 2008, to show cause in writing why sanctions, including dismissal of this action, should not be imposed for Plaintiff's failure to file an opening brief and to comply with this Court's orders.  This Court will vacate this Order to Show Cause if Plaintiff files and serves her opening brief no later than June 3, 2007.

**Plaintiff is admonished that failure to timely comply with this order will result in a recommendation to dismiss this action.**

IT IS SO ORDERED.

Dated:   **May 22, 2008**                                       /s/ Theresa A. Goldner
                                                                                   UNITED STATES MAGISTRATE JUDGE