IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE DURAN,<br><br>          Plaintiff,<br><br>     vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>          Defendant.<br>_____/ | Case No.  1:07-cv-00756 AWI TAG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH COURT ORDERS AND TO PROSECUTE<br>(Doc. 21) |

On May 23, 2007, Plaintiff Yvonne Duran (Plaintiff), through counsel, filed a complaint in this Court seeking judicial review of a final decision by the Commissioner of Social Security denying her application for Social Security disability benefits. (Doc. 1). The matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rule 72-302(c)(15).

On June 6, 2007, this Court issued a scheduling order, which provided, inter alia, that Plaintiff had thirty (30) days from the date upon which Defendant lodged and served the administrative record to serve Defendant with a confidential letter brief. (Doc. 6). Defendant was required to respond to Plaintiff's letter brief within thirty-five (35) days, and, if the parties did not agree to remand the matter, Plaintiff had thirty (30) days to file her opening brief. (Id.). On November 26, 2007, Defendant lodged the administrative record with the Court. (Doc. 13). On January 3, 2008, the Court granted Plaintiff until January 25, 2008 to serve her confidential letter brief. (Doc. 19). Under the terms of the scheduling order, the effect of the January 3, 2008 order was to extend the due date for Plaintiff to file her opening brief to March 30, 2008. (Docs. 6, 19).

On May 22, 2008, the Magistrate Judge ordered Plaintiff to show cause why she had not timely filed her opening brief. (Doc. 20). Plaintiff did not respond to the show cause order by the

1

June 6, 2008, deadline.  (Id.; see Dkt Report).  On June 11, 2008, the Magistrate Judge issued Findings and Recommendations, in which she recommended that this case be dismissed for failure to comply with the Court's scheduling and show cause orders, and for Plaintiff's failure to prosecute the action.  (Doc. 21).  The Findings and Recommendations were served on all parties and contained notice that any objections were to be on or before June 25, 2008.  (Id.).  No timely objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), Federal Rule of Civil Procedure 72(b), and Local Rule 72-304, this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations issued on June 11, 2008, are supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The Findings and Recommendations issued June 11, 2008 (Doc. 21), are ADOPTED IN FULL; and

2.  Plaintiff Yvonne Duran's Social Security action is DISMISSED WITHOUT PREJUDICE for failure to comply with Court orders and to prosecute; and

3.  The Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

**Dated:   June 27, 2008**              **/s/ Anthony W. Ishii**
                                         UNITED STATES CHIEF DISTRICT JUDGE